UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN JOSEPH FARLEY, JR., | Case No.: C 11-01994-LHK |
| Plaintiff, | ORDER SETTING DEADLINE FOR AMENDING PLAINTIFF'S COMPLAINT |
| v. | |
| SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERIVCES, | |
| Defendant. | |

On October 11, 2011, the Court dismissed two of Plaintiff's claims in the above-mentioned action with leave to amend, while the remaining claims were dismissed with prejudice. Plaintiff has not yet filed an amended complaint. The Court now orders Plaintiff to file an amended complaint by November 11, 2011. If Plaintiff fails to file an amended complaint, the case will be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: October 28, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: C 11-01994-LHK
ORDER SETTING DEADLINE FOR AMENDING PLAINTIFF'S COMPLAINT