UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN JOSEPH FARLEY, JR.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERIVCES,<br><br>　　　　　　　Defendant. | Case No.: C 11-01994-LHK<br><br>ORDER SETTING DEADLINE FOR AMENDING PLAINTIFF'S COMPLAINT |

On October 11, 2011, the Court dismissed two of Plaintiff's claims in the above-mentioned action with leave to amend, while the remaining claims were dismissed with prejudice. Plaintiff has not yet filed an amended complaint. The Court now orders Plaintiff to file an amended complaint by November 11, 2011. If Plaintiff fails to file an amended complaint, the case will be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: October 28, 2011

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge