UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN JOSEPH FARLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, <br><br> Defendant. | Case No.: 11-CV-01994-LHK <br><br> ORDER DISMISSING CASE |

On October 11, 2011, the Court dismissed two of Plaintiff's claims in the above-mentioned action with leave to amend, while the remaining claims were dismissed with prejudice. ECF No. 22. On October 28, 2011, the Court ordered Plaintiff to file an amended complaint by November 11, 2011, or face the dismissal of this action with prejudice in its entirety. ECF No. 23. The Court's October 28, 2011 Order was mailed to Plaintiff. *See id.*, Attachment 1.

Plaintiff failed to amend his complaint by November 11, 2011, or any time thereafter. Accordingly, the case is DISMISSED with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: December 5, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01994-LHK
ORDER DISMISSING CASE

1